Dismissed and Memorandum Opinion filed May 21, 2009








Dismissed
and Memorandum Opinion filed May 21, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00693-CV

____________

 

TROY WESTERMAN, Appellant

 

V.

 

J.T. VAUGHN CONSTRUCTION COMPANY, INC., Appellee

 



 

On Appeal from the
55th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-58442

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 25, 2008.  On April 30, 2009,  appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Seymore, and Sullivan.